EMDEE MANAGEMENT CORPORATION, Respondent, *v.* ADOLPH KAUFMAN et al., as Trustees under a Declaration of Trust and Plan of Reorganization of New York Title and Mortgage Company Series B-1 Mortgage Investments, Appellants.

Argued November 16, 1944; decided December 30, 1944.

*Arthur Sheinberg* and *Milton C. Weisman* for appellants.
*Henry Epstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.